UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 10-CV-80987-RYSKAMP/VITUNAC

SUSAN M. CARLSEN,

    Plaintiff,

v.

GMAC MORTGAGE,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE

**THIS CAUSE** comes before the Court on the defendant GMAC Mortgage's motion to dismiss **[DE 11]** filed on September 16, 2010. On August 30, 2010, the undersigned referred this case to United States Magistrate Judge Ann E. Vitunac for all pre-trial matters. On September 3, 2010, Judge Vitunac ordered the plaintiff to file an amended complaint that complies with Rule 8 within thirty days. *See* **[DE 8]**. The plaintiff's amended complaint is not yet due. While the plaintiff's original complaint remains pending, the Court finds that a ruling on defendant's motion to dismiss the original complaint is premature, as plaintiff will likely file an amended complaint in compliance with Judge Vitunac's order. If the plaintiff fails to timely file an amended complaint, the defendant may re-file its motion to dismiss. In the event the plaintiff files an amended complaint and defendant believes dismissal is still warranted, defendant may, of course, file a new motion to dismiss directed at the allegations in the amended complaint. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that defendant's motion to dismiss **[DE 11]** is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 16 day of September, 2010.

/s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE